■ EVA ALLEN et al., Respondents, v LENOX HILL HOSPITAL et al., Appellants. [639 NYS2d 21]

On this record, we cannot conclude, as a matter of law, that defendant Bahr did not deviate from accepted medical practice,

or that such alleged deviation did not contribute to plaintiff patient's injuring accident "in any way" (*Joseph v New York City Tr. Auth.*, 149 AD2d 669). There are triable issues of fact including that of defendant-appellant's asserted negligent failure to take steps to restrain plaintiff or to alert his co-defendant "covering" physician of aspects of plaintiff patient's condition and recent behavior that might have prompted co-defendant to use restraints on the patient or take other, more stringent, precautions. Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Tom, JJ.